IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:08-00960 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| MURPHY DEVELOPMENT, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon the Counter Plaintiff's Summit Contractor, Inc., and Counter-Defendants Alta Vista, L.P. and Forest View, L.P., the stipulation of dismissal of counterclaims (Docket Entry No. 185) is **GRANTED** and the action against the Counter Plaintiff's Summit Contractor, Inc., and Counter-Defendants Alta Vista, L.P. and Forest View, L.P., is **DISMISSED with prejudice**. Each party shall bear its own costs.

It is so **ORDERED**.

ENTERED this the ____ day of May, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge