UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MURPHY DEVELOPMENT, LLC, et al., ) <br> ) <br> Defendants ) <br> ) | Civil Case No. 3:08-cv-960 |

ORDER

The Court, having considered the Parties' Joint Motion for Disbursements to Claimants from Settlement Fund and for Good Cause shown, hereby ORDERS that Defendants[1], as custodians of the Settlement Fund, shall, within (10) days of entry of this Order, deliver to counsel for the United States of America checks payable to the following persons for the amounts listed below:

1. Tina Anderson – $12,000
2. Dorothy Barron - $8,000
3. Samuel Buckner - $4,500
4. Lucille Davis - $8,500
5. Beulah Dokes - $8,000
6. Aundrea Dorsey - $20,433
7. Jamie Edson - $4,000

---

[1] As used herein, the term "Defendants" includes all the defendants in this lawsuit except Azalea Development, LLC. See Consent Order ¶1, Dkt. No. 183 (entered Mar. 30, 2010). Azalea Development was not required to contribute to the Settlement Fund or otherwise provide for the monetary compensation of aggrieved persons.

1

8. Clara Freeman - $4,000

9. Lisa Gipson - $19,000

10. Amy Heatherly - $11,433

11. Ann Henderson - $8,500

12. Bulinda Higgs - $8,000

13. Shirlee Linneman Howard - $3,750

14. Joseph James - $4,000

15. Rosalin James - $4,000

16. Claudia Kerrick - $1,000

17. Wanda Long - $10,000

18. Don Aaron Matheny - $11,000

19. Jeannette McIntosh - $4,000

20. Lisa Nickens - $10,000

21. Harold Pinkston - $17,000

22. Carr Fae Runnells - $13,433

23. James Runnells - $23,433[2]

24. Kathryn Savage - $12,000

25. Teddy Ross Savage – $12,000

26. Peggy Smallwood - $4,000

27. Deanna Smith - $4,000

28. Donna Walker - $3,000

29. Chelsa Washington - $3,000

---

[2] After submitting a declaration in this case, James Runnells passed away on October 30, 2011. The parties agree that Mr. Runnells's damages will paid, and such check will be made payable to, his wife, Carr Fae Runnells.

2

30. JoAnn Weatherford - $9,000[3]

31. Tennessee Fair Housing Council - $6,500

The United States shall deliver the checks to the above-named individuals after receipt of a release, in the form of Appendix D of the Consent Order, from each and shall provide the original, signed releases to counsel for Defendants simultaneously with delivery of payment to the aggrieved persons above. Payment of the funds to the aggrieved persons listed above constitutes a full resolution of the Defendants' obligations with respect to Section XIV, paragraphs 167-175 of the Consent Order, and upon the delivery of the checks made payable to the persons listed above to counsel for the United States of America, the balance of any funds remaining in the Settlement Fund shall be released to the Defendants.

IT IS SO ORDERED.

This 3rd day of April, 2012.

_____
The Honorable William J. Haynes, Jr.
United States District Judge

---

[3] After submitting a declaration in this case, JoAnn Weatherford passed away on September 4, 2011. The parties agree that Mrs. Weatherford's damages will paid, and such check will be made payable to, her son, Dennis Weatherford, who resided with Mrs. Weatherford at the subject property.

3

Case 3:08-cv-00960   Document 206-1   Filed 04/02/12   Page 3 of 3 PageID #: 2030
Case 3:08-cv-00960   Document 207   Filed 04/03/12   Page 3 of 3 PageID #: 2033